IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.6:04-CR-10 (HL) |
| | : | |
| EDDIE LEE PERRY, JR., | : | |
| _____ | : | |

## ORDER

Upon the motion of the government, and for the reasons set forth in the government's motion, IT IS HEREBY ORDERED that the file in the above-referenced case be unsealed.

SO ORDERED, this 26th day of September, 2005.

s/ **Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

_____
MICHAEL K. DENNARD
BAR NO. 217757
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1702
MACON, GEORGIA 31202
TELEPHONE: (478) 752-3511
FAX: (478) 621-2655